

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2017

No. 04-16-00761-CV

Jana Lee **FLANAGAN** and Lucas Matthew Flanagan,
Appellants

v.

**RBD SAN ANTONIO L.P.**, Davidson Hotel Company LLC and G4S Secure Solutions (USA) Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20044
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The notification of late clerk's record is hereby GRANTED. Time is extended to February 2, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court